**Fill in this information to identify the case:**

Debtor 1    Lashaunda Denis Collins

Debtor 2    _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas

Case number 18-41769-elm13

# Form 4100R
## Response to Notice of Final Cure Payment    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 9343

**Property address:** 6101 Inks Lake Drive
Arlington, TX 76018

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____

☑ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a. Total postpetition ongoing payments due: | (a) | $1051.89 |
| b. Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $0 |
| c. **Total.** Add lines a and b. | (c) | $1,051.89 |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    August 1, 2022

| Debtor 1 | Lashaunda Denis Collins | | Case Number (if known) | 18-41769-elm13 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*
☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Jennine Hovell-Cox                                  Date: 08/29/2022
Signature

Print: Jennine Hovell-Cox                                 Title: Bankruptcy Attorney

Company: Ghidotti | Berger LLP

Address: 1920 Old Tustin Avenue
Number   Street
Santa Ana, CA 92705
City   State   Zip Code

Contact phone: (949) 427-2010                             Email: bknotifications@ghidottiberger.com



| PAYMENT CHANGES | | | | |
|---|---|---|---|---|
| DATE | P&I | Escrow | TOTAL | Reference |
| 06/01/18 | 639.65 | 345.75 | 985.40 | |
| 05/01/19 | 639.65 | 414.09 | 1,053.74 | |
| 05/01/20 | 639.65 | 886.18 | 1,525.83 | |
| 11/01/20 | 639.65 | 666.29 | 1,305.94 | |
| 06/01/22 | 639.65 | 412.24 | 1,051.89 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |
| | | | 0.00 | |

| Loan# | |
|---|---|
| Borrower: | Collins |
| Date Filed: | 5/1/2018 |
| BK Case # | 18-41769 |
| First Post Petition Due Date: | 6/1/2018 |
| POC covers: | 10/01/2017 - 07/01/2018 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 8/6/2018 | $985.40 | Post | 8/1/18 | 10/1/17 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 8/30/2018 | $985.40 | Post | 9/1/18 | 11/1/17 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 9/28/2018 | $985.40 | Post | 10/1/18 | 12/1/17 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 11/1/2018 | $985.40 | Post | 11/1/18 | 1/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 12/5/2018 | $985.40 | Post | 12/1/18 | 2/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 12/28/2018 | $985.40 | Post | 1/1/19 | 3/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 4/29/2019 | $985.40 | Post | 2/1/19 | 4/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 6/7/2019 | $985.40 | Post | 3/1/19 | 5/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 6/28/2019 | $985.40 | Post | 4/1/19 | 6/1/18 | $985.40 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 8/2/2019 | $1,053.74 | Post | 5/1/19 | 7/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 9/5/2019 | $1,053.74 | Post | 6/1/19 | 8/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 9/5/2019 | $1,053.74 | Post | 7/1/19 | 9/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 10/8/2019 | $1,053.74 | Post | 8/1/19 | 10/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 10/30/2019 | $1,053.74 | Post | 9/1/19 | 11/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 10/30/2019 | $1,053.74 | Post | 10/1/19 | 12/1/18 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 12/5/2019 | $1,053.74 | Post | 11/1/19 | 1/1/19 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 12/30/2019 | $1,053.74 | Post | 12/1/19 | 2/1/19 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 2/3/2020 | $1,053.74 | Post | 1/1/20 | 3/1/19 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 3/2/2020 | $1,053.74 | Post | 2/1/20 | 4/1/19 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 3/27/2020 | $1,053.74 | Post | 3/1/20 | 5/1/19 | $1,053.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 |
| 5/29/2020 | $1,525.83 | Post | 4/1/20 | 6/1/19 | $1,053.74 | $472.09 | $472.09 | | $472.09 | | | | $0.00 | $0.00 |
| 7/2/2020 | $1,525.83 | Post | 5/1/20 | 7/1/19 | $1,525.83 | $0.00 | | | $472.09 | | | | $0.00 | $0.00 |
| 8/3/2020 | $1,525.83 | Post | 6/1/20 | 8/1/19 | $1,525.83 | $0.00 | | | $472.09 | | | | $0.00 | $0.00 |
| | | Post | | | | $0.00 | | | $472.09 | | | | $0.00 | $0.00 |
| 9/4/2020 | $3,051.66 | Post | 7/1/20 | 9/1/19 | $1,525.83 | $1,525.83 | $1,525.83 | | $1,997.92 | | | | $0.00 | $0.00 |
| | | Post | 8/1/20 | 10/1/19 | $1,525.83 | -$1,525.83 | | $1,525.83 | $472.09 | | | | $0.00 | $0.00 |
| 9/4/2020 | $753.38 | Pre | | | | $753.38 | | | $472.09 | | | 753.38 | $753.38 | $753.38 |
| 10/2/2020 | $1,525.83 | Post | 9/1/20 | 11/1/19 | $1,525.83 | $0.00 | | | $472.09 | | | | $753.38 | $753.38 |
| 10/2/2020 | $182.23 | Pre | | | | $182.23 | | | $472.09 | | | $182.23 | $935.61 | $935.61 |
| 11/2/2020 | $1,305.94 | Post | | | | $1,305.94 | $1,305.94 | | $1,778.03 | | | | $935.61 | $935.61 |
| 11/2/2020 | $402.12 | Pre | | 12/1/19 | | $402.12 | | | $1,778.03 | 10/1/2017 | $402.12 | $972.54 | $365.19 | $1,337.73 |
| 11/30/2020 | $1,305.94 | Post | 10/1/20 | 1/1/20 | $1,525.83 | -$219.89 | | $219.89 | $1,558.14 | | | | $365.19 | $1,337.73 |
| 11/30/2020 | $402.12 | Pre | | | | $402.12 | | | $1,558.14 | | | $402.12 | $767.31 | $1,739.85 |
| 12/30/2020 | $1,305.94 | Post | 11/1/20 | 2/1/20 | $1,305.94 | $0.00 | | | $1,558.14 | | | | $767.31 | $1,739.85 |
| | | Post | 12/1/20 | 3/1/20 | $1,305.94 | -$1,305.94 | | $1,305.94 | $252.20 | | | | $767.31 | $1,739.85 |
| 12/30/2020 | $230.95 | Pre | | 4/1/20 | | $230.95 | | | $252.20 | 11/1/2017 | $230.95 | $972.54 | $25.72 | $1,970.80 |
| 12/30/2020 | $171.17 | Pre | | | | $171.17 | | | $252.20 | | | $171.17 | $196.89 | $2,141.97 |
| 2/1/2021 | $1,305.94 | Post | 1/1/21 | 5/1/20 | $1,305.94 | $0.00 | | | $252.20 | | | | $196.89 | $2,141.97 |
| 2/1/2021 | $402.12 | Pre | | 6/1/20 | | $402.12 | | | $252.20 | | | $402.12 | $599.01 | $2,544.09 |
| 3/9/2020 | $1,256.15 | Pre | | 6/1/20 | | $1,256.15 | | | $252.20 | 12/1/2017 | $1,256.15 | $972.54 | $3,800.24 | $3,800.24 |
| 3/9/2020 | $1,305.94 | Post | 2/1/21 | 7/1/20 | $1,305.94 | $0.00 | | | $252.20 | | | | $882.62 | $3,800.24 |
| 3/9/2020 | $578.00 | Post | | | | $578.00 | $578.00 | | $830.20 | | | | $882.62 | $3,800.24 |
| 4/5/2021 | $402.12 | Pre | | 8/1/20 | | $402.12 | | | $830.20 | 1/1/2018 | $402.12 | $972.54 | $312.20 | $4,202.36 |
| 4/5/2021 | $1,305.94 | Post | 3/1/21 | 9/1/20 | $1,305.94 | $0.00 | | | $830.20 | | | | $312.20 | $4,202.36 |
| 5/31/2021 | $856.43 | Pre | | 10/1/20 | | $856.43 | | | $830.20 | 2/1/2018 | $856.43 | $972.54 | $196.09 | $5,058.79 |
| 5/31/2021 | $2,611.88 | Post | 4/1/21 | 11/1/20 | $1,305.94 | $1,305.94 | $1,305.94 | | $2,136.14 | | | | $196.09 | $5,058.79 |
| | | Post | 5/1/21 | 12/1/20 | $1,305.94 | -$1,305.94 | | $1,305.94 | $830.20 | | | | $196.09 | $5,058.79 |
| 7/7/2021 | $505.54 | Pre | | | | $505.54 | | | $830.20 | | | $505.54 | $701.63 | $5,564.33 |
| 7/7/2021 | $1,305.94 | Post | 6/1/21 | 1/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $701.63 | $5,564.33 |
| 7/30/2021 | $506.50 | Pre | | 2/1/21 | | $506.50 | | | $830.20 | 3/1/2018 | $506.50 | $972.54 | $235.59 | $6,070.83 |
| 7/30/2021 | $1,305.94 | Post | 7/1/21 | 3/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $235.59 | $6,070.83 |
| 9/8/2021 | $1,412.72 | Pre | | 4/1/21 | | $1,412.72 | | | $830.20 | 4/1/2018 | $1,412.72 | $972.54 | $675.77 | $7,483.55 |
| 9/8/2021 | $1,305.94 | Post | 8/1/21 | 5/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $675.77 | $7,483.55 |
| 10/4/2021 | $506.50 | Pre | | 6/1/21 | | $506.50 | | | $830.20 | 5/1/2018 | $506.50 | $972.54 | $209.73 | $7,990.05 |
| 10/4/2021 | $1,305.94 | Post | 9/1/21 | 7/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $209.73 | $7,990.05 |
| 10/29/2021 | $454.31 | Pre | | | | $454.31 | | | $830.20 | | | $454.31 | $664.04 | $8,444.36 |
| 10/29/2021 | $1,305.94 | Post | 10/1/21 | 8/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $664.04 | $8,444.36 |
| 11/29/2021 | $402.12 | Pre | | 9/1/21 | | $402.12 | | | $830.20 | 6/1/2018 | $402.12 | $985.40 | $80.76 | $8,846.48 |
| 11/29/2021 | $1,305.94 | Post | 11/1/21 | 10/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $80.76 | $8,846.48 |
| 12/30/2021 | $402.12 | Pre | | | | $402.12 | | | $830.20 | | | $402.12 | $482.88 | $9,248.60 |
| 12/30/2021 | $1,305.94 | Post | 12/1/21 | 11/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $482.88 | $9,248.60 |
| 2/9/2022 | $1,305.94 | Post | 1/1/22 | 12/1/21 | $1,305.94 | $0.00 | | | $830.20 | | | | $482.88 | $9,248.60 |
| 2/9/2022 | $1,256.15 | Pre | | 1/1/22 | | $1,256.15 | | | $830.20 | 7/1/2018 | $1,256.15 | $985.40 | $753.63 | $10,504.75 |
| 3/10/2022 | $402.12 | Pre | | | | $402.12 | | | $830.20 | | | $402.12 | $1,155.75 | $10,906.87 |
| 3/10/2022 | $1,305.94 | Post | 2/1/22 | 2/1/22 | $1,305.94 | $0.00 | | | $830.20 | | | | $1,155.75 | $10,906.87 |
| 4/19/2022 | $1,305.94 | Post | 3/1/22 | 3/1/22 | $1,305.94 | $0.00 | | | $830.20 | | | | $1,155.75 | $10,906.87 |
| 4/19/2022 | $402.12 | Pre | | | | $402.12 | | | $830.20 | | | $402.12 | $1,557.87 | $11,308.99 |
| 5/3/2022 | $653.90 | Pre | | | | $653.90 | | | $830.20 | | | $653.90 | $2,211.77 | $11,962.89 |
| 5/3/2022 | $1,054.16 | Post | 4/1/22 | 4/1/22 | $1,305.94 | -$251.78 | | $251.78 | $578.42 | | | | $2,211.77 | $11,962.89 |
| 6/7/2022 | $656.17 | Pre | | | | $656.17 | | | $578.42 | | | $656.17 | $2,867.94 | $12,619.06 |
| 6/7/2022 | $1,051.89 | Post | 5/1/22 | 5/1/22 | $1,051.89 | $0.00 | | | $578.42 | | | | $2,867.94 | $12,619.06 |
| 7/6/2022 | $1,051.89 | Post | 6/1/22 | 6/1/22 | $1,051.89 | $0.00 | | | $578.42 | | | | $2,867.94 | $12,619.06 |
| 7/6/2022 | $9.53 | Pre | | | | | $9.53 | | | $578.42 | | | $9.53 | $2,877.47 | $12,628.59 |
| 8/2/2022 | $1,051.89 | Post | 7/1/22 | 7/1/22 | $1,051.89 | $0.00 | | | $578.42 | | | | $2,877.47 | $12,628.59 |
| DUE | | | 8/1/22 | 8/1/22 | $1,051.89 | -$1,051.89 | | | $578.42 | | | | $2,877.47 | $12,628.59 |

**CERTIFICATE OF SERVICE**

On 8/29/2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Marcus B. Leinart
10670 N. Central Expressway
Suite 320
Dallas, TX 75231
ecf@leinartlaw.com

CHAPTER 13 Trustee
Pam Bassel
860 Airport Freeway
Suite 150
Hurst, TX 76054
fwch13cmecf@fwch13.com

US TRUSTEE
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242
ustpregion06.da.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jennine Hovell-Cox
Jennine Hovell-Cox

On 8/29/2022, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Lashaunda Denise Collins
6101 Inks Lake Drive
Arlington, TX 76018

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Jennine Hovell-Cox
Jennine Hovell-Cox