**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, TX 76054
Phone (817) 916-4710
Fax (817) 916-4770

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

IN RE:                                                           CASE NO.: 18-41769-ELM-13

**LASHAUNDA DENISE COLLINS**
**6101 INKS LAKE DRIVE**
**ARLINGTON, TX 76018**
**TARRANT-TX**
**SSN / ITIN: XXX-XX-3265**

**DEBTOR(S)**

### MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

    NOW COMES Pam Bassel, Standing Chapter 13 Trustee and files this Motion for Determination of Final Cure and Payment.  Trustee would respectfully show the Court:

1.  The Court has jurisdiction, and this is a core proceeding.[1]

2.  Trustee filed a Notice of Final Cure Payment on August 24, 2022 as required under FED. R. BANKR. P. RULE 3002.1(f) reflecting that the principal paid for conduit monthly mortgage payments was $58,385.21 and included all payments due for August 2018 to August 2022.  Additionally, Trustee disbursed post-petition mortgage arrears $1,970.80 for payments due June 2018 and July 2018.

| Check Date | Check Number | Description | Disbursement Amount |
|---|---|---|---|
| 7/26/2022 | 3122599 | Continuing Debt - MONTHLY DISBURSEMENTS Aug/2022 | $1,051.89 |
| 6/28/2022 | 3121863 | Continuing Debt - MONTHLY DISBURSEMENTS Jul/2022 | $1,051.89 |
| 5/31/2022 | 3121074 | Continuing Debt - MONTHLY DISBURSEMENTS Jun/2022 | $1,051.89 |
| 4/26/2022 | 3120250 | Continuing Debt - MONTHLY DISBURSEMENTS May/2022 | $1,054.16 |
| 3/29/2022 | 3119460 | Continuing Debt - MONTHLY DISBURSEMENTS Apr/2022 | $1,305.94 |
| 2/28/2022 | 3118664 | Continuing Debt - MONTHLY DISBURSEMENTS Mar/2022 | $1,305.94 |
| 1/31/2022 | 3117878 | Continuing Debt - MONTHLY DISBURSEMENTS Feb/2022 | $1,305.94 |
| 12/24/2021 | 3117013 | Continuing Debt - MONTHLY DISBURSEMENTS Jan/2022 | $1,305.94 |
| 11/23/2021 | 3116150 | Continuing Debt - MONTHLY DISBURSEMENTS Dec/2021 | $1,305.94 |
| 10/26/2021 | 3115340 | Continuing Debt - MONTHLY DISBURSEMENTS Nov/2021 | $1,305.94 |
| 9/28/2021 | 3114497 | Continuing Debt - MONTHLY DISBURSEMENTS Oct/2021 | $1,305.94 |
| 8/31/2021 | 3113594 | Continuing Debt - MONTHLY DISBURSEMENTS Sep/2021 | $1,305.94 |
| 7/27/2021 | 3112657 | Continuing Debt - MONTHLY DISBURSEMENTS Aug/2021 | $1,305.94 |
| 6/29/2021 | 3111780 | Continuing Debt - MONTHLY DISBURSEMENTS Jul/2021 | $1,305.94 |
| 5/25/2021 | 3110881 | Continuing Debt - MONTHLY DISBURSEMENTS May/2021 thru Jun/2021 | $2,611.88 |
| 3/30/2021 | 5010723 | Continuing Debt - MONTHLY DISBURSEMENTS Apr/2021 | $1,305.94 |
| 2/26/2021 | 5010656 | Continuing Debt - MONTHLY DISBURSEMENTS Mar/2021 | $1,305.94 |
| 1/26/2021 | 5010590 | Continuing Debt - MONTHLY DISBURSEMENTS Feb/2021 | $1,305.94 |
| 12/23/2020 | 5010522 | Continuing Debt - MONTHLY DISBURSEMENTS Jan/2021 | $1,305.94 |
| 11/24/2020 | 5010460 | Continuing Debt - MONTHLY DISBURSEMENTS Dec/2020 | $1,305.94 |
| 10/27/2020 | 5010399 | Continuing Debt - MONTHLY DISBURSEMENTS Nov/2020 | $1,305.94 |

---

[1] 11 U.S.C. § 105 & 28 U.S.C. §§ 157(b) & 1334.

| | | | |
|---|---|---|---|
| 9/29/2020 | 5010332 | Continuing Debt - MONTHLY DISBURSEMENTS Oct/2020 | $1,525.83 |
| 8/31/2020 | 5010258 | Continuing Debt - MONTHLY DISBURSEMENTS Aug/2020 thru Sep/2020 | $3,051.66 |
| 7/28/2020 | 5010195 | Continuing Debt - MONTHLY DISBURSEMENTS Jul/2020 | $1,525.83 |
| 6/30/2020 | 5010119 | Continuing Debt - MONTHLY DISBURSEMENTS Jun/2020 | $1,525.83 |
| 5/26/2020 | 5010053 | Continuing Debt - MONTHLY DISBURSEMENTS May/2020 | $1,525.83 |
| 3/25/2020 | 5009903 | Continuing Debt - MONTHLY DISBURSEMENTS Apr/2020 | $1,053.74 |
| 2/25/2020 | 5009828 | Continuing Debt - MONTHLY DISBURSEMENTS Feb/2020 thru Mar/2020 | $2,107.48 |
| 1/28/2020 | 5009764 | Continuing Debt - MONTHLY DISBURSEMENTS Jan/2020 | $1,053.74 |
| 12/23/2019 | 5009692 | Continuing Debt - MONTHLY DISBURSEMENTS Dec/2019 | $1,053.74 |
| 11/26/2019 | 5009624 | Continuing Debt - MONTHLY DISBURSEMENTS Nov/2019 | $1,053.74 |
| 10/29/2019 | 5009553 | Continuing Debt - MONTHLY DISBURSEMENTS Sep/2019 thru Oct/2019 | $2,107.48 |
| 9/30/2019 | 5009483 | Continuing Debt - MONTHLY DISBURSEMENTS Aug/2019 | $1,053.74 |
| 8/30/2019 | 5009409 | Continuing Debt - MONTHLY DISBURSEMENTS Jun/2019 thru Jul/2019 | $2,107.48 |
| 7/30/2019 | 5009341 | Continuing Debt - MONTHLY DISBURSEMENTS May/2019 | $1,053.74 |
| 6/25/2019 | 5009278 | Continuing Debt - MONTHLY DISBURSEMENTS Apr/2019 | $985.40 |
| 5/31/2019 | 5009216 | Continuing Debt - MONTHLY DISBURSEMENTS Mar/2019 | $985.40 |
| 4/24/2019 | 5009149 | Continuing Debt - MONTHLY DISBURSEMENTS Feb/2019 | $985.40 |
| 12/26/2018 | 5008887 | Continuing Debt - MONTHLY DISBURSEMENTS Jan/2019 | $985.40 |
| 11/30/2018 | 5008815 | Continuing Debt - MONTHLY DISBURSEMENTS Dec/2018 | $985.40 |
| 10/30/2018 | 5008755 | Continuing Debt - MONTHLY DISBURSEMENTS Nov/2018 | $985.40 |
| 9/25/2018 | 5008694 | Continuing Debt - MONTHLY DISBURSEMENTS Oct/2018 | $985.40 |
| 8/28/2018 | 5008637 | Continuing Debt - MONTHLY DISBURSEMENTS Sep/2018 | $985.40 |
| 7/31/2018 | 5008577 | Continuing Debt - MONTHLY DISBURSEMENTS Aug/2018 | $985.40 |
| | | Totals: | $58,385.21 |

3. U.S. Bank National Association filed a Response to the Trustee's Notice of Final Cure Payment alleging that Debtors are due for the August 1, 2022 ongoing mortgage payment.

4. Therefore, the Trustee is seeking a determination from this Court as to whether U.S. Bank National Association received and/or properly applied any and all pre-petition, post-petition, and cure payments made by the Debtors or Trustee in an amount sufficient to cure the Debtors' delinquency.

WHEREFORE, Trustee requests an Order from the Court making a determination as to whether all payments required to be made to U.S. Bank National Association under the plan have been made and for general relief.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, TX 76054
(817) 916-4710 Phone
(817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtors' attorney and all parties entitled to electronic notice and by first class mail on the Debtors and the parties listed below, if any.

By:       /s/ Ethan S. Cartwright
                   Ethan S. Cartwright

GHIDOTTI BERGER LLP
1920 OLD TUSTIN AVE
SANTA ANA, CA 92705

GHIDOTTI BERGER LLP
600 E JOHN CARPENTER FWY STE 175
IRVING, TX 75062

LASHAUNDA DENISE COLLINS
6101 INKS LAKE DR
ARLINGTON, TX 76018

US BANK
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 55004
IRVINE, CA 92619-2708